# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 3:15cr60-002/MCR

ERIC T. EAKES

_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of not guilty as to this defendant on Counts One through Eight following a trial on May16 - 26, 2016, the defendant ERIC T. EAKES is hereby ADJUDGED NOT GUILTY of the charges in Counts One through Eight, and these charges are hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 31st day of May, 2016.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**